UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DR. TALIB-KARIM MUHAMMAD,

        Plaintiff,

v.

                                    CASE NUMBER 92-2042-TU/A

SHELBY COUNTY BOARD OF
COUNTY COMMISSIONERS,

        Defendant.

## JUDGMENT

        Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice in accordance with the Order Of Dismissal Without Prejudice docketed on June 8, 1994.

APPROVED:

_____
JEROME TURNER
UNITED STATES DISTRICT JUDGE


    6-15-94
_____
DATE

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK

BY: _____
        DEPUTY CLERK


ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK